UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BOSMA, JAMES D. | § | Case No. 12-83951 |
| BOSMA, LUANNE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 19, 2012. The undersigned trustee was appointed on October 20, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $    195,916.00

   Funds were disbursed in the following amounts:
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 537.00 |
   | Bank service fees | 2,526.54 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 192,852.46 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing governmental claims of this case was 03/21/2013 and the deadline for filing governmental claims was 04/17/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,045.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,045.80, for a total compensation of $13,045.80.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $10.76, for total expenses of $10.76.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/11/2014          By:/s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 12-83951 | Trustee: | (330490) MEGAN G. HEEG |
| --- | --- | --- | --- |
| Case Name: | BOSMA, JAMES D. | Filed (f) or Converted (c): | 10/19/12 (f) |
|  | BOSMA, LUANNE | §341(a) Meeting Date: | 11/16/12 |
| Period Ending: 03/11/14 | | Claims Bar Date: | 03/21/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | TRACT 1 Homestead, 12910 Masters Dr, Morrison IL<br>Imported from original petition Doc# 1 | 590,262.00 | 0.00 | | 0.00 | FA |
| 2 | TRACT 2: Commercial 1500 10th Ave, Fulton, IL<br>Imported from original petition Doc# 1 | 175,311.00 | 130,000.00 | | 130,000.00 | FA |
| 3 | TRACT 3: Commercial 404 Lincolnway, Morrison, IL<br>Imported from original petition Doc# 1 | 257,016.00 | 0.00 | | 0.00 | FA |
| 4 | TRACT 4: Rental Real Estate at 401 E. Knox, Morr<br>Imported from original petition Doc# 1 | 65,316.00 | 0.00 | | 0.00 | FA |
| 5 | TRACT 5: commerical: 320 LaFayette St, P-town<br>Imported from original petition Doc# 1<br>listed as 320 LaFayette Street but property actually<br>consists of 316 and 320 LaFayette Street. Both 316<br>and 320 were included in the sale back to debtor. | 185,973.00 | 0.00 | | 0.00 | FA |
| 6 | TRACT 6: Commercial, 1510 10th Ave, Fulton, IL<br>Imported from original petition Doc# 1 | 153,939.00 | 0.00 | | 0.00 | FA |
| 7 | Checking - The National Bank<br>Imported from original petition Doc# 1 | 675.90 | 0.00 | | 0.00 | FA |
| 8 | Savings - Funeral Service Credit Union<br>Imported from original petition Doc# 1 | 25.20 | 0.00 | | 0.00 | FA |
| 9 | Household Goods and Furnishings<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 10 | Wearing Apparel<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Miscellaneous Jewelry<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Life Policy with The Prudential (spouse is benef<br>Imported from original petition Doc# 1 | 1,199.00 | 0.00 | | 0.00 | FA |
| 13 | Life Policy with The Prudential (spouse is benef<br>Imported from original petition Doc# 1 | 1,644.00 | 0.00 | | 0.00 | FA |
| 14 | Term Life Policy with Country Insurance (spouse<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Life Policy with Farm Bureau Insurance (spouse i<br>Imported from original petition Doc# 1 | 617.94 | 0.00 | | 0.00 | FA |

Printed: 03/11/2014 12:14 PM    V.13.14

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-83951  
**Case Name:** BOSMA, JAMES D.  
BOSMA, LUANNE  
**Period Ending:** 03/11/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/19/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 03/21/13

| 1 Ref. # / Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 16 IRA - Franklin Templeton<br>Imported from original petition Doc# 1 | 12,691.00 | 0.00 | | 0.00 | FA |
| 17 IRA - Franklin Templeton<br>Imported from original petition Doc# 1 | 13,344.00 | 0.00 | | 0.00 | FA |
| 18 IRA - Ameriprise<br>Imported from original petition Doc# 1 | 20,581.00 | 0.00 | | 0.00 | FA |
| 19 IRA - Ameriprise<br>Imported from original petition Doc# 1 | 23,138.00 | 0.00 | | 0.00 | FA |
| 20 IRA - Country Insurance<br>Imported from original petition Doc# 1 | 5,263.00 | 0.00 | | 0.00 | FA |
| 21 IRA - Country Insurance<br>Imported from original petition Doc# 1 | 5,263.00 | 0.00 | | 0.00 | FA |
| 22 IRA - Ameriprise<br>Imported from original petition Doc# 1 | 213,941.00 | 0.00 | | 0.00 | FA |
| 23 IRA - Ameriprise<br>Imported from original petition Doc# 1 | 170,422.00 | 0.00 | | 0.00 | FA |
| 24 100% Stockholder of Bosma-Renkes Funeral Homes,<br>Imported from original petition Doc# 1 | 1.00 | 50,000.00 | | 50,000.00 | FA |
| 25 33 1/3% Stockholder of Sisters-R-Rus, Ltd.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 2005 Hunter 33' Sloop Sailboat<br>Imported from original petition Doc# 1 | 65,000.00 | 0.00 | | 0.00 | FA |
| 27 John Deere Tractor and Miscellaneous Hand and Ya<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 28 AUTOMOBILES AND OTHER VEHICLES (u)<br>2008 Chrysler Town & Country SportVan 2A8HR64X58R787881 (owned jointly with Bosma Renkes Funeral Home - avg private party value of $13,292.) | 5,508.50 | 2,531.00 | | 2,531.00 | FA |
| 29 AUTOMOBILES AND OTHER VEHICLES (u)<br>2006 Chrysler Town & Country SportVan 2A4GP44R0695194 (owned jointly with Bosma Renkes funeral home - avg private party value of 3,663.25) | 2,353.50 | 1,492.00 | | 1,492.00 | FA |

Printed: 03/11/2014 12:14 PM    V.13.14

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 12-83951 | Trustee: | (330490) MEGAN G. HEEG |
| --- | --- | --- | --- |
| Case Name: | BOSMA, JAMES D. | Filed (f) or Converted (c): | 10/19/12 (f) |
|  | BOSMA, LUANNE | §341(a) Meeting Date: | 11/16/12 |
| Period Ending: 03/11/14 | | Claims Bar Date: | 03/21/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 30 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>  2005 Chrysler Town/Cntr Sport Van 2C8GP64L55R197342 (owned jointly with Bosma Renkes Funeral Home - avg private party value of 6,527.25) | 1,343.50 | 1,019.50 | | 1,019.50 | FA |
| 31 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>  2002 Chrysler Sebrg LIM Convertbl 103EL65R72N112506 (vehicle owned jointly with Bosma Renkes  funeral home - assume avg private party value of 3,379.25) | 1,211.00 | 957.50 | | 957.50 | FA |
| 32 | Other Personal Property (unscheduled) (u)<br>  Potential preference - on 8/17/12 debtor paid back the funeral home 10,000 on an antecedent debt.   per docs, do not believe there is any defense to this preference. | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 33 | Other Personal Property (unscheduled) (u)<br>  State of Illinois tax refund check | 0.00 | 1,916.00 | | 1,916.00 | FA |
| 33 | **Assets**   Totals (Excluding unknown values) | **$1,981,539.54** | **$195,916.00** | | **$195,916.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):     December 31, 2013          Current Projected Date Of Final Report (TFR):     March 11, 2014  (Actual)

Printed: 03/11/2014 12:14 PM    V.13.14

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-83951 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BOSMA, JAMES D. | | Bank Name: | Rabobank, N.A. |
| | BOSMA, LUANNE | | Account: | ****071566 - Checking Account |
| Taxpayer ID #: | **-***9699 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/11/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/13 | {32} | Bosma-Renkes Funeral Home | Preference payment collection per court order dated 1/14/13 | 1229-000 | 8,000.00 | | 8,000.00 |
| 01/29/13 | {33} | James and Lu Anne Bosma | State of IL tax refund | 1229-000 | 1,916.00 | | 9,916.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,906.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.29 | 9,892.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.75 | 9,878.96 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.15 | 9,863.81 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.65 | 9,849.16 |
| 06/07/13 | {24} | James and Luanne Bosma | partial payment on Bosma-Renkes stock per 5/29/13 court order | 1129-000 | 14,000.00 | | 23,849.16 |
| 06/07/13 | | James and Luanne Bosma | partial payment for sale of various assets per 5/29/13 court order | | 172,000.00 | | 195,849.16 |
| | {2} | | 1500 10th Avenue,   130,000.00<br>Fulton, IL | 1110-000 | | | 195,849.16 |
| | {24} | | balance on   36,000.00<br>Bosma-Renkes stock | 1129-000 | | | 195,849.16 |
| | {28} | | 2008 Chrysler Town &   2,531.00<br>Country | 1229-000 | | | 195,849.16 |
| | {29} | | 2006 Chrysler Town &   1,492.00<br>Country | 1229-000 | | | 195,849.16 |
| | {30} | | 2005 Chrysler Town   1,019.50 | 1229-000 | | | 195,849.16 |
| | {31} | | 2002 Chrysler Sebring   957.50 | 1229-000 | | | 195,849.16 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.74 | 195,675.42 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 309.59 | 195,365.83 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.00 | 195,084.83 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.24 | 194,813.59 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 308.25 | 194,505.34 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.11 | 194,244.23 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 307.34 | 193,936.89 |
| 01/13/14 | 101 | Illinois Department of Revenue | income taxes owed for 2012 State of IL tax return | 2810-000 | | 537.00 | 193,399.89 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 288.19 | 193,111.70 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.24 | 192,852.46 |
| | | | ACCOUNT TOTALS | | 195,916.00 | 3,063.54 | $192,852.46 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 195,916.00 | 3,063.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $195,916.00 | $3,063.54 | |

{} Asset reference(s)

Printed: 03/11/2014 12:14 PM   V.13.14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-83951 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BOSMA, JAMES D. | | Bank Name: | Rabobank, N.A. |
| | BOSMA, LUANNE | | Account: | ****071566 - Checking Account |
| Taxpayer ID #: | **-***9699 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/11/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net | Net | Account |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | Receipts | Disbursements | Balances |
| Checking # ****071566 | 195,916.00 | 3,063.54 | 192,852.46 |
| | $195,916.00 | $3,063.54 | $192,852.46 |

{} Asset reference(s)                                                                          Printed: 03/11/2014 12:14 PM    V.13.14

# Claims Proposed Distribution

## Case: 12-83951    BOSMA, JAMES D.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $192,852.46    **Total Proposed Payment:** $192,852.46    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Carl C. Swanson, CPA<br><3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 6,440.00 | 6,440.00 | 0.00 | 6,440.00 | 6,440.00 | 186,412.46 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 868.55 | 868.55 | 0.00 | 868.55 | 868.55 | 185,543.91 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 10,125.00 | 10,125.00 | 0.00 | 10,125.00 | 10,125.00 | 175,418.91 |
| | MEGAN G. HEEG<br><2200-00 Trustee Expenses> | Admin Ch. 7 | 10.76 | 10.76 | 0.00 | 10.76 | 10.76 | 175,408.15 |
| | MEGAN G. HEEG<br><2100-00 Trustee Compensation> | Admin Ch. 7 | 13,045.80 | 13,045.80 | 0.00 | 13,045.80 | 13,045.80 | 162,362.35 |
| 10P | Illinois Department of Revenue | Priority | 6,309.88 | 6,309.88 | 0.00 | 6,309.88 | 6,309.88 | 156,052.47 |
| 1 | Discover Bank | Unsecured | 9,315.50 | 9,315.50 | 0.00 | 9,315.50 | 6,271.61 | 149,780.86 |
| 2 | Commerce Bank | Unsecured | 25,824.47 | 25,824.47 | 0.00 | 25,824.47 | 17,386.19 | 132,394.67 |
| 8 | PNC BANK | Unsecured | 26,908.92 | 26,908.92 | 0.00 | 26,908.92 | 18,116.29 | 114,278.38 |
| 9 | American Express Centurion Bank | Unsecured | 7,227.97 | 7,227.97 | 0.00 | 7,227.97 | 4,866.19 | 109,412.19 |
| 10U | Illinois Department of Revenue | Unsecured | 910.04 | 910.04 | 0.00 | 910.04 | 612.68 | 108,799.51 |
| 11 | American Express Centurion Bank | Unsecured | 10,050.53 | 10,050.53 | 0.00 | 10,050.53 | 6,766.47 | 102,033.04 |
| 12 | eCAST Settlement Corporation, assignee | Unsecured | 1,125.30 | 1,125.30 | 0.00 | 1,125.30 | 757.60 | 101,275.44 |
| 13U | Central Bank Illinois | Unsecured | 150,428.86 | 150,428.86 | 0.00 | 150,428.86 | 101,275.44 | 0.00 |
| | **Total for Case 12-83951 :** | | **$268,591.58** | **$268,591.58** | **$0.00** | **$268,591.58** | **$192,852.46** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $30,490.11 | $30,490.11 | $0.00 | $30,490.11 | 100.000000% |
| Total Priority Claims : | $6,309.88 | $6,309.88 | $0.00 | $6,309.88 | 100.000000% |
| Total Unsecured Claims : | $231,791.59 | $231,791.59 | $0.00 | $156,052.47 | 67.324475% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-83951
Case Name: BOSMA, JAMES D.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 192,852.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Regions Bank | 87,421.40 | 0.00 | 0.00 | 0.00 |
| 5 | The Farmers National Bank of Prophetstown | 91,039.59 | 0.00 | 0.00 | 0.00 |
| 6 | Farmers National Bank of Prophetstown | 1,774.63 | 0.00 | 0.00 | 0.00 |
| 7 | Farmers National Bank of Prophetstown | 50,577.73 | 0.00 | 0.00 | 0.00 |
| 13S | Central Bank Illinois | 1,150,000.00 | 0.00 | 0.00 | 0.00 |
| 14 | Farmers Natinal Bank of Prophetstown | 97,039.59 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $        0.00
Remaining balance:     $    192,852.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 13,045.80 | 0.00 | 13,045.80 |
| Trustee, Expenses - MEGAN G. HEEG | 10.76 | 0.00 | 10.76 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 10,993.55 | 0.00 | 10,993.55 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 6,440.00 | 0.00 | 6,440.00 |

Total to be paid for chapter 7 administration expenses:     $     30,490.11
Remaining balance:     $    162,362.35

UST Form 101-7-TFR (05/1/2011)

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 162,362.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,309.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Illinois Department of Revenue | 6,309.88 | 0.00 | 6,309.88 |

Total to be paid for priority claims: $ 6,309.88
Remaining balance: $ 156,052.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 231,791.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,315.50 | 0.00 | 6,271.61 |
| 2 | Commerce Bank | 25,824.47 | 0.00 | 17,386.19 |
| 3 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 8 | PNC BANK | 26,908.92 | 0.00 | 18,116.29 |
| 9 | American Express Centurion Bank | 7,227.97 | 0.00 | 4,866.19 |
| 10U | Illinois Department of Revenue | 910.04 | 0.00 | 612.68 |
| 11 | American Express Centurion Bank | 10,050.53 | 0.00 | 6,766.47 |
| 12 | eCAST Settlement Corporation, assignee | 1,125.30 | 0.00 | 757.60 |
| 13U | Central Bank Illinois | 150,428.86 | 0.00 | 101,275.44 |

Total to be paid for timely general unsecured claims: $ 156,052.47
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**