UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BOSMA, JAMES D. | § | Case No. 12-83951 |
| BOSMA, LUANNE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 04/30/2014 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 03/11/2014        By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: BOSMA, JAMES D.<br>BOSMA, LUANNE<br><br>Debtor(s) | § Case No. 12-83951<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    195,916.00

*and approved disbursements of*     $    3,063.54

*leaving a balance on hand of* [1]     $    192,852.46

**Balance on hand:**     $    192,852.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Regions Bank | 87,421.40 | 0.00 | 0.00 | 0.00 |
| 5 | The Farmers National Bank of Prophetstown | 91,039.59 | 0.00 | 0.00 | 0.00 |
| 6 | Farmers National Bank of Prophetstown | 1,774.63 | 0.00 | 0.00 | 0.00 |
| 7 | Farmers National Bank of Prophetstown | 50,577.73 | 0.00 | 0.00 | 0.00 |
| 13S | Central Bank Illinois | 1,150,000.00 | 0.00 | 0.00 | 0.00 |
| 14 | Farmers Natinal Bank of Prophetstown | 97,039.59 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $    0.00
Remaining balance:     $    192,852.46

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 13,045.80 | 0.00 | 13,045.80 |
| Trustee, Expenses - MEGAN G. HEEG | 10.76 | 0.00 | 10.76 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 10,993.55 | 0.00 | 10,993.55 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 6,440.00 | 0.00 | 6,440.00 |

Total to be paid for chapter 7 administration expenses: $ 30,490.11
Remaining balance: $ 162,362.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 162,362.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,309.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Illinois Department of Revenue | 6,309.88 | 0.00 | 6,309.88 |

Total to be paid for priority claims: $ 6,309.88
Remaining balance: $ 156,052.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 231,791.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,315.50 | 0.00 | 6,271.61 |
| 2 | Commerce Bank | 25,824.47 | 0.00 | 17,386.19 |
| 3 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 8 | PNC BANK | 26,908.92 | 0.00 | 18,116.29 |
| 9 | American Express Centurion Bank | 7,227.97 | 0.00 | 4,866.19 |
| 10U | Illinois Department of Revenue | 910.04 | 0.00 | 612.68 |
| 11 | American Express Centurion Bank | 10,050.53 | 0.00 | 6,766.47 |
| 12 | eCAST Settlement Corporation, assignee | 1,125.30 | 0.00 | 757.60 |
| 13U | Central Bank Illinois | 150,428.86 | 0.00 | 101,275.44 |

Total to be paid for timely general unsecured claims:   $   156,052.47
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
_____
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-83951-TML
James D. Bosma                                                  Chapter 7
LuAnne Bosma
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith           Page 1 of 2          Date Rcvd: Mar 19, 2014
                              Form ID: pdf006          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2014.
```
db/jdb      +James D. Bosma,    LuAnne Bosma,    12910 Masters Drive,    Morrison, IL 61270-9363
19589361    +American Express,    P. O. Box 297871,    Fort Lauderdale, FL 33329-7871
19589360     American Express,    P. O. Box 981535,    El Paso, TX 79998-1535
19589362    +American Express,    P. O. Box 981540,    El Paso, TX 79998-1540
20056492     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19589363    +BoatU.S. Marine Insurance Program,    P. O. Box 28000,    Alexandria, VA 22304-0700
19589364    +Bosma-Renkes Funeral Homes, Ltd.,    404 E. Lincolnway,    Morrison, IL 61270-2828
19783968     CST Co Inc,    POB 40232-3127
19589366    +Capital One Bank,    P. O. Box 30281,    Salt Lake City, UT 84130-0281
19589365     Capital One Bank,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
19889962     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20215974    +Central Bank Illinois,    Trent L. Bush,    202 E. Fifth Street,    POB 400,
              Sterling, IL 61081-0400
19589368     Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
19783966     Coca-Cola North America,    POB 102703,    Atlanta GA 30368-2703
19589369     Commerce Bank Card Center,    P. O. Box 411036,    Kansas City, MO 64141-1036
19589370    +Constance M. Gibson,    c/o Dale Gibson,    11 River Heights Drive,    Mason City, IA 50401-4031
19783967     Country Financial,    POB 2100,    Bloomington IL 61702-2100
20215440    +Farmers Natinal Bank of Prophetstown,    Weistine & Wiebenga Atty at Law,    POB 409,
              North Cherry Street,    Morrison, Il 61270-0409
19589373    +Farmers National Bank of Prophetstown,    P. O. Box 157,    Prophetstown, IL 61277-0157
19589374     Funeral Service Credit Union,    915 S. Durkin Drive,    Suite A,    Springfield, IL 62704-1382
19589375     Illinois Department of Revenue,    Bankruptcy Section,    P. O. Box 64338,    Chicago, IL 60664-0338
20039702    +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19589377     PNC Bank,    P. O. Box 3429,    Pittsburgh, PA 15230-3429
19589378    +PNC Bank,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
19968054    +The Farmers National Bank,    Weinstine & Wiebenga,    POB 409,    North Cherry St.,
              Morrison, IL 61270-0409
19589382    +The Harborage Marina,    1110 3rd Street South,    Saint Petersburg, FL 33701-5525
19783970     US Foods,    Box 99021,    Chicago IL 60693-9021
19589383    +Visa,    Attn: Customer Service,    P. O. Box 30495,    Tampa, FL 33630-3495
20192937     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19589367    +E-mail/Text: spring.simpson@central-bank.com Mar 20 2014 01:28:43      Central Bank Illinois,
              1404 14th Avenue,    Fulton, IL 61252-1144
19858618     E-mail/Text: bankruptcy@commercebank.com Mar 20 2014 01:28:44      Commerce Bank,   P O BOX 419248,
              KCREC-10,    Kansas City, MO 64141-6248
19589372     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:41:14      Discover Card,
              P. O. Box 15316,    Wilmington, DE 19850
19589371     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:41:14      Discover Card,
              P. O. Box 30943,    Salt Lake City, UT 84130
19849374     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:41:14      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19589376     E-mail/Text: cio.bncmail@irs.gov Mar 20 2014 01:27:53      Internal Revenue Service,
              P. O. Box 7346,    Philadelphia, PA 19101-7346
19589380    +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Mar 20 2014 01:29:29      Regions Bank,
              P. O. Box 11007,    Birmingham, AL 35288-0001
19589381    +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Mar 20 2014 01:29:29      Regions Bank,
              Attn: Loss Mitigation Department,    P. O. Box 10063,    Birmingham, AL 35202-0063
19913013     E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Mar 20 2014 01:29:29      Regions Bank,
              Consumer Collections    BH40402B,    P. O. Box 10063,    Birmingham, AL 35202-0063
19589379    +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Mar 20 2014 01:29:29      Regions Bank,
              2050 Parkway Office Circle,    Hoover, AL 35244-1805
19783969    +E-mail/Text: ebn.bankruptcy@usfoods.com Mar 20 2014 01:29:43      US Foods,
              W 137 N9245 Highway 145,    Box 9001,    Menomonee Falls WI 53051-1607
19783971    +E-mail/Text: ebn.bankruptcy@usfoods.com Mar 20 2014 01:29:43      US Foods Inc,
              9399 W Higgins Road Suite 500,    Rosemont IL 60018-4992
                                                                                              TOTAL: 12
```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20117116*    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Mar 19, 2014
                              Form ID: pdf006             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2014                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2014 at the address(es) listed below:
              Barry M Barash    on behalf of Debtor James D. Bosma barashb@barashlaw.com,
               courtmail@barashlaw.com
              Barry M Barash    on behalf of Joint Debtor LuAnne  Bosma barashb@barashlaw.com,
               courtmail@barashlaw.com
              Jason H Rock    on behalf of Creditor    Regions Bank jrock@bslbv.com
              Megan G Heeg    on behalf of Accountant Carl C. Swanson heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Trent L Bush    on behalf of Creditor    Central Bank Illinois bush@wmpj.com,
               teresa@wmpj.com;amber@wmpj.com
                                                                                             TOTAL: 8
```