**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: BOSMA, JAMES D. | § Case No. 12-83951 |
| BOSMA, LUANNE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,795,811.04          Assets Exempt: $507,694.14
*(without deducting any secured claims)*

Total Distribution to Claimants: $162,362.35     Claims Discharged
                                                  Without Payment: $267,086.27

Total Expenses of Administration: $33,553.65

---

3) Total gross receipts of $ 195,916.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $195,916.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,667,916.44 | $1,477,852.94 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 33,553.65 | 33,553.65 | 33,553.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 17,000.00 | 6,309.88 | 6,309.88 | 6,309.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 224,593.28 | 232,470.55 | 231,791.59 | 156,052.47 |
| **TOTAL DISBURSEMENTS** | $1,909,509.72 | $1,750,187.02 | $271,655.12 | $195,916.00 |

    4) This case was originally filed under Chapter 7 on October 19, 2012. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2014           By: /s/MEGAN G. HEEG
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRACT 2: Commercial 1500 10th Ave, Fulton, IL | 1110-000 | 130,000.00 |
| 100% Stockholder of Bosma-Renkes Funeral Homes, | 1129-000 | 50,000.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 2,531.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 1,492.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 1,019.50 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 957.50 |
| Other Personal Property (unscheduled) | 1229-000 | 8,000.00 |
| Other Personal Property (unscheduled) | 1229-000 | 1,916.00 |
| **TOTAL GROSS RECEIPTS** | | **$195,916.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Regions Bank | 4110-000 | 85,981.00 | 87,421.40 | 0.00 | 0.00 |
| 5 | The Farmers National Bank of Prophetstown | 4110-000 | 97,277.77 | 91,039.59 | 0.00 | 0.00 |
| 6 | Farmers National Bank of Prophetstown | 4110-000 | N/A | 1,774.63 | 0.00 | 0.00 |
| 7 | Farmers National Bank of Prophetstown | 4110-000 | N/A | 50,577.73 | 0.00 | 0.00 |
| 13S | Central Bank Illinois | 4110-000 | 1,296,867.90 | 1,150,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 14 | Farmers Natinal Bank of Prophetstown | 4110-000 | 97,277.77 | 97,039.59 | 0.00 | 0.00 |
| NOTFILED | Constance M. Gibson c/o Dale Gibson | 4110-000 | 90,512.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,667,916.44** | **$1,477,852.94** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 13,045.80 | 13,045.80 | 13,045.80 |
| MEGAN G. HEEG | 2200-000 | N/A | 10.76 | 10.76 | 10.76 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 10,125.00 | 10,125.00 | 10,125.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 868.55 | 868.55 | 868.55 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 6,440.00 | 6,440.00 | 6,440.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.29 | 13.29 | 13.29 |
| Rabobank, N.A. | 2600-000 | N/A | 13.75 | 13.75 | 13.75 |
| Rabobank, N.A. | 2600-000 | N/A | 15.15 | 15.15 | 15.15 |
| Rabobank, N.A. | 2600-000 | N/A | 14.65 | 14.65 | 14.65 |
| Rabobank, N.A. | 2600-000 | N/A | 173.74 | 173.74 | 173.74 |
| Rabobank, N.A. | 2600-000 | N/A | 309.59 | 309.59 | 309.59 |
| Rabobank, N.A. | 2600-000 | N/A | 281.00 | 281.00 | 281.00 |
| Rabobank, N.A. | 2600-000 | N/A | 271.24 | 271.24 | 271.24 |
| Rabobank, N.A. | 2600-000 | N/A | 308.25 | 308.25 | 308.25 |
| Rabobank, N.A. | 2600-000 | N/A | 261.11 | 261.11 | 261.11 |
| Rabobank, N.A. | 2600-000 | N/A | 307.34 | 307.34 | 307.34 |
| Illinois Department of Revenue | 2810-000 | N/A | 537.00 | 537.00 | 537.00 |
| Rabobank, N.A. | 2600-000 | N/A | 288.19 | 288.19 | 288.19 |
| Rabobank, N.A. | 2600-000 | N/A | 259.24 | 259.24 | 259.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$33,553.65** | **$33,553.65** | **$33,553.65** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Illinois Department of Revenue | 5200-000 | N/A | 6,309.88 | 6,309.88 | 6,309.88 |
| NOTFILED | Internal Revenue Service | 5200-000 | 17,000.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $17,000.00 | $6,309.88 | $6,309.88 | $6,309.88 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 9,315.50 | 9,315.50 | 6,271.61 |
| 2 | Commerce Bank | 7100-000 | N/A | 25,824.47 | 25,824.47 | 17,386.19 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 678.96 | 0.00 | 0.00 |
| 8 | PNC BANK | 7100-000 | 26,511.16 | 26,908.92 | 26,908.92 | 18,116.29 |
| 9 | American Express Centurion Bank | 7100-000 | 7,202.97 | 7,227.97 | 7,227.97 | 4,866.19 |
| 10U | Illinois Department of Revenue | 7100-000 | 5,662.00 | 910.04 | 910.04 | 612.68 |
| 11 | American Express Centurion Bank | 7100-000 | 10,025.53 | 10,050.53 | 10,050.53 | 6,766.47 |
| 12 | eCAST Settlement Corporation, assignee | 7100-000 | 844.47 | 1,125.30 | 1,125.30 | 757.60 |
| 13U | Central Bank Illinois | 7100-000 | N/A | 150,428.86 | 150,428.86 | 101,275.44 |
| NOTFILED | Discover Card | 7100-000 | 9,515.00 | N/A | N/A | 0.00 |
| NOTFILED | The Harborage Marina | 7100-000 | 867.40 | N/A | N/A | 0.00 |
| NOTFILED | Funeral Service Credit Union | 7100-000 | 8,458.62 | N/A | N/A | 0.00 |
| NOTFILED | Commerce Bank Card Center | 7100-000 | 25,575.98 | N/A | N/A | 0.00 |
| NOTFILED | Bosma-Renkes Funeral Homes, Ltd. | 7100-000 | 127,050.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Bank | 7100-000 | 14.00 | N/A | N/A | 0.00 |
| NOTFILED | BoatU.S. Marine Insurance Program | 7100-000 | 297.15 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 2,569.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $224,593.28 | $232,470.55 | $231,791.59 | $156,052.47 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-83951  
**Case Name:** BOSMA, JAMES D.  
BOSMA, LUANNE  
**Period Ending:** 06/24/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/19/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 03/21/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  TRACT 1 Homestead, 12910 Masters Dr, Morrison IL<br>Imported from original petition Doc# 1 | 590,262.00 | 0.00 | | 0.00 | FA |
| 2  TRACT 2: Commercial 1500 10th Ave, Fulton, IL<br>Imported from original petition Doc# 1 | 175,311.00 | 130,000.00 | | 130,000.00 | FA |
| 3  TRACT 3: Commercial 404 Lincolnway, Morrison, IL<br>Imported from original petition Doc# 1 | 257,016.00 | 0.00 | | 0.00 | FA |
| 4  TRACT 4: Rental Real Estate at 401 E. Knox, Morr<br>Imported from original petition Doc# 1 | 65,316.00 | 0.00 | | 0.00 | FA |
| 5  TRACT 5: commerical: 320 LaFayette St, P-town<br>Imported from original petition Doc# 1<br>listed as 320 LaFayette Street but property actually consists of 316 and 320 LaFayette Street.  Both 316 and 320 were included in the sale back to debtor. | 185,973.00 | 0.00 | | 0.00 | FA |
| 6  TRACT 6: Commercial, 1510 10th Ave, Fulton, IL<br>Imported from original petition Doc# 1 | 153,939.00 | 0.00 | | 0.00 | FA |
| 7  Checking - The National Bank<br>Imported from original petition Doc# 1 | 675.90 | 0.00 | | 0.00 | FA |
| 8  Savings - Funeral Service Credit Union<br>Imported from original petition Doc# 1 | 25.20 | 0.00 | | 0.00 | FA |
| 9  Household Goods and Furnishings<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 10  Wearing Apparel<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11  Miscellaneous Jewelry<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  Life Policy with The Prudential (spouse is benef<br>Imported from original petition Doc# 1 | 1,199.00 | 0.00 | | 0.00 | FA |
| 13  Life Policy with The Prudential (spouse is benef<br>Imported from original petition Doc# 1 | 1,644.00 | 0.00 | | 0.00 | FA |
| 14  Term Life Policy with Country Insurance (spouse<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15  Life Policy with Farm Bureau Insurance (spouse i<br>Imported from original petition Doc# 1 | 617.94 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83951  
**Case Name:** BOSMA, JAMES D.  
BOSMA, LUANNE  
**Period Ending:** 06/24/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/19/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 03/21/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16 | IRA - Franklin Templeton<br>Imported from original petition Doc# 1 | 12,691.00 | 0.00 | | 0.00 | FA |
| 17 | IRA - Franklin Templeton<br>Imported from original petition Doc# 1 | 13,344.00 | 0.00 | | 0.00 | FA |
| 18 | IRA - Ameriprise<br>Imported from original petition Doc# 1 | 20,581.00 | 0.00 | | 0.00 | FA |
| 19 | IRA - Ameriprise<br>Imported from original petition Doc# 1 | 23,138.00 | 0.00 | | 0.00 | FA |
| 20 | IRA - Country Insurance<br>Imported from original petition Doc# 1 | 5,263.00 | 0.00 | | 0.00 | FA |
| 21 | IRA - Country Insurance<br>Imported from original petition Doc# 1 | 5,263.00 | 0.00 | | 0.00 | FA |
| 22 | IRA - Ameriprise<br>Imported from original petition Doc# 1 | 213,941.00 | 0.00 | | 0.00 | FA |
| 23 | IRA - Ameriprise<br>Imported from original petition Doc# 1 | 170,422.00 | 0.00 | | 0.00 | FA |
| 24 | 100% Stockholder of Bosma-Renkes Funeral Homes,<br>Imported from original petition Doc# 1 | 1.00 | 50,000.00 | | 50,000.00 | FA |
| 25 | 33 1/3% Stockholder of Sisters-R-Rus, Ltd.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2005 Hunter 33' Sloop Sailboat<br>Imported from original petition Doc# 1 | 65,000.00 | 0.00 | | 0.00 | FA |
| 27 | John Deere Tractor and Miscellaneous Hand and Ya<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 28 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>    2008 Chrysler Town &  Country SportVan 2A8HR64X58R787881 (owned jointly with Bosma Renkes Funeral Home - avg private party value of $13,292.) | 5,508.50 | 2,531.00 | | 2,531.00 | FA |
| 29 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>    2006 Chrysler Town & Country SportVan 2A4GP44R0695194 (owned jointly with Bosma Renkes funeral home - avg private party value of | 2,353.50 | 1,492.00 | | 1,492.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83951  
**Case Name:** BOSMA, JAMES D.  
BOSMA, LUANNE  
**Period Ending:** 06/24/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/19/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 03/21/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 3,663.25) | | | | | |
| 30 | AUTOMOBILES AND OTHER VEHICLES (u)<br>2005 Chrysler Town/Cntr Sport Van 2C8GP64L55R197342 (owned jointly with Bosma Renkes Funeral Home - avg private party value of 6,527.25) | 1,343.50 | 1,019.50 | | 1,019.50 | FA |
| 31 | AUTOMOBILES AND OTHER VEHICLES (u)<br>2002 Chrysler Sebrg LIM Convertbl 103EL65R72N112506 (vehicle owned jointly with Bosma Renkes funeral home - assume avg private party value of 3,379.25) | 1,211.00 | 957.50 | | 957.50 | FA |
| 32 | Other Personal Property (unscheduled) (u)<br>Potential preference - on 8/17/12 debtor paid back the funeral home 10,000 on an antecedent debt. per docs, do not believe there is any defense to this preference. | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 33 | Other Personal Property (unscheduled) (u)<br>State of Illinois tax refund check | 0.00 | 1,916.00 | | 1,916.00 | FA |
| 33 | **Assets   Totals** (Excluding unknown values) | **$1,981,539.54** | **$195,916.00** | | **$195,916.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013    **Current Projected Date Of Final Report (TFR):**   March 11, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-83951  
**Case Name:** BOSMA, JAMES D.  
BOSMA, LUANNE  
**Taxpayer ID #:** **-***9699  
**Period Ending:** 06/24/14

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/13 | {32} | Bosma-Renkes Funeral Home | Preference payment collection per court order dated 1/14/13 | 1229-000 | 8,000.00 | | 8,000.00 |
| 01/29/13 | {33} | James and Lu Anne Bosma | State of IL tax refund | 1229-000 | 1,916.00 | | 9,916.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,906.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.29 | 9,892.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.75 | 9,878.96 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.15 | 9,863.81 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.65 | 9,849.16 |
| 06/07/13 | {24} | James and Luanne Bosma | partial payment on Bosma-Renkes stock per 5/29/13 court order | 1129-000 | 14,000.00 | | 23,849.16 |
| 06/07/13 | | James and Luanne Bosma | partial payment for sale of various assets per 5/29/13 court order | | 172,000.00 | | 195,849.16 |
| | {2} | | 1500 10th Avenue,             130,000.00<br>Fulton, IL | 1110-000 | | | 195,849.16 |
| | {24} | | balance on                        36,000.00<br>Bosma-Renkes stock | 1129-000 | | | 195,849.16 |
| | {28} | | 2008 Chrysler Town &      2,531.00<br>Country | 1229-000 | | | 195,849.16 |
| | {29} | | 2006 Chrysler Town &      1,492.00<br>Country | 1229-000 | | | 195,849.16 |
| | {30} | | 2005 Chrysler Town         1,019.50 | 1229-000 | | | 195,849.16 |
| | {31} | | 2002 Chrysler Sebring        957.50 | 1229-000 | | | 195,849.16 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.74 | 195,675.42 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 309.59 | 195,365.83 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.00 | 195,084.83 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.24 | 194,813.59 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 308.25 | 194,505.34 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.11 | 194,244.23 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 307.34 | 193,936.89 |
| 01/13/14 | 101 | Illinois Department of Revenue | income taxes owed for 2012 State of IL tax return | 2810-000 | | 537.00 | 193,399.89 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 288.19 | 193,111.70 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.24 | 192,852.46 |
| 05/15/14 | 102 | Carl C. Swanson, CPA | Dividend paid 100.00% on $6,440.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,440.00 | 186,412.46 |
| 05/15/14 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $10,125.00, Attorney for Trustee Fees (Trustee Firm); | 3110-000 | | 10,125.00 | 176,287.46 |

Subtotals :              $195,916.00           $19,628.54

{} Asset reference(s)

Printed: 06/24/2014 03:19 PM     V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-83951  
**Case Name:** BOSMA, JAMES D.  
BOSMA, LUANNE  
**Taxpayer ID #:** **-***9699  
**Period Ending:** 06/24/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 05/15/14 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $868.55, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 868.55 | 175,418.91 |
| 05/15/14 | 105 | Illinois Department of Revenue | Dividend paid 100.00% on $6,309.88; Claim# 10P; Filed: $6,309.88; Reference: | 5200-000 | | 6,309.88 | 169,109.03 |
| 05/15/14 | 106 | Discover Bank | Dividend paid 67.32% on $9,315.50; Claim# 1; Filed: $9,315.50; Reference: | 7100-000 | | 6,271.61 | 162,837.42 |
| 05/15/14 | 107 | Commerce Bank | Dividend paid 67.32% on $25,824.47; Claim# 2; Filed: $25,824.47; Reference: | 7100-000 | | 17,386.19 | 145,451.23 |
| 05/15/14 | 108 | PNC BANK | Dividend paid 67.32% on $26,908.92; Claim# 8; Filed: $26,908.92; Reference: 0524 | 7100-000 | | 18,116.29 | 127,334.94 |
| 05/15/14 | 109 | American Express Centurion Bank | Dividend paid 67.32% on $7,227.97; Claim# 9; Filed: $7,227.97; Reference: X-X1004 | 7100-000 | | 4,866.19 | 122,468.75 |
| 05/15/14 | 110 | Illinois Department of Revenue | Dividend paid 67.32% on $910.04; Claim# 10U; Filed: $910.04; Reference: | 7100-000 | | 612.68 | 121,856.07 |
| 05/15/14 | 111 | American Express Centurion Bank | Dividend paid 67.32% on $10,050.53; Claim# 11; Filed: $10,050.53; Reference: X-X1009 | 7100-000 | | 6,766.47 | 115,089.60 |
| 05/15/14 | 112 | eCAST Settlement Corporation, assignee | Dividend paid 67.32% on $1,125.30; Claim# 12; Filed: $1,125.30; Reference: XXXX-XXXX-XXXX-6505 | 7100-000 | | 757.60 | 114,332.00 |
| 05/15/14 | 113 | Central Bank Illinois | Dividend paid 67.32% on $150,428.86; Claim# 13U; Filed: $150,428.86; Reference: | 7100-000 | | 101,275.44 | 13,056.56 |
| 05/15/14 | 114 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 13,056.56 | 0.00 |
| | | | Dividend paid 100.00% 13,045.80 on $13,045.80; Claim# ; Filed: $13,045.80 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 10.76 on $10.76; Claim# ; Filed: $10.76 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 195,916.00 | 195,916.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 195,916.00 | 195,916.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$195,916.00** | **$195,916.00** | |

{} Asset reference(s)                                                                                      Printed: 06/24/2014 03:19 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-83951 | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BOSMA, JAMES D. | | **Bank Name:** | Rabobank, N.A. |
| | BOSMA, LUANNE | | **Account:** | ******1566 - Checking Account |
| **Taxpayer ID #:** | **-***9699 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 06/24/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******1566** | | 195,916.00 | 195,916.00 | 0.00 |
| | | | | | $195,916.00 | $195,916.00 | $0.00 |

{} Asset reference(s)

Printed: 06/24/2014 03:19 PM    V.13.15